UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:05-cr-5-01 (JMS-KPF) |
| | ) | |
| HENRY L. BEATTY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Henry R. Beatty's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Henry R. Beatty to reside up to 120 days at a community corrections center, preferably the Volunteers of America, at Indianapolis, Indiana. If U. S. Parole and Probation believes defendant should be terminated from residing at the community corrections center before the 120 days is complete, U. S. Parole and Probation may request termination. Upon Mr. Beatty's completion of his residence at the community corrections center, he will be subject to supervised release, with the same conditions previously entered at the time of sentencing.

SO ORDERED this __4th__ day of November, 2010.

                                               Jane Magnus-Stinson, Judge
                                               United States District Court
                                               Southern District of Indiana

Distribution:

Brad Shepard,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Marsh,
The Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service